# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **BARRY WAYNE HUDSON,** | ) | Civil Action No. 7:14-cv-00326 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **FREDRICK MATHI** | ) | |
| **MOSES, et al,** | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (docket no. 23) is **GRANTED**, and the Clerk of the Court is directed to **STRIKE** this action from this court's active docket.

The Clerk is further directed to send copies of this order and the accompanying memorandum opinion to the parties.

ENTERED: This __26th__ day of August, 2015.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE